UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AUSTIN WILLIS, | ) | 1:08-cv-00125-OWW-SMS |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING CLERK OF THE |
| | ) | COURT TO REDESIGNATE CASE, |
| | ) | REASSIGN JUDGES, AND SEND NOTICE |
| v. | ) | OF NEW CASE NUMBER |
| | ) | |
| JAMES YATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On January 24, 2008, Defendants filed a notice of removal of action, request for screening pursuant to 28 U.S.C. § 1915A(a), and request for extension of time to respond to Plaintiff's complaint, which concerns an action for relief for injuries allegedly sustained by Plaintiff while an inmate at Pleasant Valley State Prison, including claims of violations of Plaintiff's civil rights. The Clerk of the Court designated the

1

1 action as a general civil case concerning civil rights. Upon
2 further review of the Court, it has been determined that the
3 present action involves a prisoner litigating the
4 conditions of his confinement at a California state prison.
5     Therefore, the Clerk of the Court is DIRECTED to:
6 1. Change the designation of the present case to reflect that of
7 a prisoner civil rights action;
8 2. Randomly assign new judges to the case; and
9 3. Send a notice of the new case number to all parties in this
10 action.

12 IT IS SO ORDERED.
13 **Dated:    January 29, 2008**              /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE