# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN WILLIS,<br><br>          Plaintiff,<br><br>   v.<br><br>JAMES YATES, et al.,<br><br>          Defendants.<br>_____ / | 1:08-cv-00125-OWW-SMS-PC<br><br>ORDER GRANTING MOTION FOR SCREENING ORDER<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |

     This is a civil action filed by plaintiff Austin Willis ("plaintiff"), a state prisoner proceeding pro se. This action was initiated by civil complaint filed by plaintiff in the Fresno County Superior Court on October 1, 2007 (Case #07CECG03256). On January 24, 2008, defendants Yates and Igbanosa ("defendants") removed the case to federal court by filing a Notice of Removal of Action pursuant to 28 U.S.C. § 1441(b). (Doc. 1.) In the Notice of Removal, counsel for defendants indicates that defendants received a copy of the complaint on December 27, 2007. Defendants have requested that the court screen plaintiff's complaint pursuant to 28 U.S.C. § 1915A and grant defendants an extension of time in which to file a responsive pleading. On March 3, 2008, plaintiff filed a response in opposition to the removal. (Doc. 5.)

     The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a).

Plaintiff's complaint alleges that between October 25, 2005 and April 2006, his rights to adequate medical care and safe prison conditions under the Eighth Amendment and state tort law were violated when defendants exposed him to aspartame and Valley fever. Because defendants Yates and Igbanosa were employed as a Warden and Chief Medical Doctor, respectively, at a state prison when the alleged events occurred, the court is required to screen the complaint. Therefore, defendants' motion for the court to screen the complaint shall be granted. In addition, good cause appearing, the motion for extension of time shall also be granted.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendants' motion for the court to screen the complaint is GRANTED, and the court shall issue a screening order in due time; and

2. Defendants are GRANTED an extension of time until thirty days from the date of service of the court's screening order in which to file a response to the complaint.

IT IS SO ORDERED.

**Dated:   July 3, 2008**              /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE