IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN WILLIS, | 1:08-cv-00125-OWW-SMS-PC |
|     Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
|   vs. | (Doc. 9.) |
| JAMES YATES, et al., | ORDER DENYING PLAINTIFF'S REQUEST FOR REMAND |
|     Defendants. | (Doc. 5.) |
| _____/ | |

       Austin Willis ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On April 17, 2009, findings and recommendations were entered, recommending that plaintiff's request for remand, filed on March 3, 2008, be denied.  (Doc. 9.)  Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.   To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper

analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 17, 2009, are adopted in full; and

2. Plaintiff's request for the court to remand this action to the Fresno County Superior Court, filed on March 3, 2008, is DENIED.

IT IS SO ORDERED.

**Dated:   June 2, 2009**                              **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE

2