IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN WILLIS, | 1:08-cv-00125-OWW-SMS-(PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| JAMES YATES, et al., | (Motion#18) |
| Defendants. | 60-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 16, 2010, plaintiff filed a motion for appointment of counsel, or in the alternative, for an extension of time to file objections to the Magistrate's findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty (60) days from the date of service of this order in which to file objections to the Magistrate's findings and recommendations of October 23, 2009.

IT IS SO ORDERED.

**Dated:   February 26, 2010               /s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE